EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | |
|---|---|
| | 2023 TSPR 89 |
| Wanda I. Resto Torres | 212 DPR ___ |

Número del Caso:  TS-8,588

Fecha:  5 de julio de 2023

Abogada de la peticionaria:

    Por derecho propio

Materia: Readmisión al ejercicio de la notaría.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte,

Wanda I. Resto Torres

TS-8,588

RESOLUCIÓN

En San Juan, Puerto Rico, a de 5 de julio de 2023.

Examinada la *Solicitud sobre readmisión al ejercicio de la notaría en Puerto Rico y aprobación de Fianza Notarial* presentada por la Lcda. Wanda I. Resto Torres, así como la *Certificación* del Programa de Educación Jurídica Continua, se readmite a la licenciada Resto Torres al ejercicio de la notaría. Se aprueba la fianza otorgada por el Colegio de Abogados y Abogadas de Puerto Rico, vigente desde el 23 de junio de 2023, para garantizar las funciones notariales de la peticionaria.

Remítase la fianza original al Secretario de Hacienda de Puerto Rico para que se archive en su oficina a los fines dispuestos en el Artículo 11 de la Ley Núm. 230 de 24 de julio de 1974 (3 LPRA sec. 283 j) y copia certificada de esta Resolución a este funcionario y al Secretario de Estado de Puerto Rico para su conocimiento. Únase, además, copia de la fianza al expediente personal de la peticionaria.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Javier O. Sepúlveda Rodríguez
                                Secretario del Tribunal Supremo